PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Regional Chief Counsel
ELIZABETH LANDGRAF
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4828
    Facsimile: (415) 744-0134
    Elizabeth.Landgraf@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| STEVEN WAYNE SUTTON,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No.  1:21-cv-01097-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 18 |

    The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a 45-day extension of time to respond to Plaintiff's Motion for Summary Judgment ("Motion") (Docket Number 14), extending the date on which Defendant's response is due from June 11, 2022, to July 26, 2022.

    Defendant needs more time to respond to Plaintiff's Motion because the undersigned attorney currently has seven district court briefs due during the next three weeks, including Defendant's Opposition to Plaintiff's Motion in this case. In addition, one week prior to

1 Defendant's current deadline, the childcare provider for the undersigned attorney's son tested positive for COVID, and consequently, the undersigned attorney unexpectedly needed to take time off work.

Due to the overall volume of work within the Commissioner's Region IX Office of General Counsel, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to review and respond to Plaintiff's Motion by the current due date. Current staffing limitations caused by planned and unplanned leave of multiple attorneys make immediate reassignment impractical. Accordingly, the Commissioner respectfully requests an extension of 45 days, until July 26, 2022, to respond to Plaintiff's Motion.

This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: June 9, 2022

*/s/ Jonathan Pena*
JONATHAN PENA
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
United States Attorney

DATE:  June 9, 2022        By    */s/ Elizabeth Landgraf*
ELIZABETH LANDGRAF
Special Assistant United States Attorney
Attorneys for Defendant

1:21-cv-01097-SKO                              2

# **ORDER**

Based upon the foregoing stipulation of the parties (Doc. 18), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Defendant shall have an extension of time, to and including July 26, 2022, in which to file her response to Plaintiff's Motion for Summary Judgment. All other deadlines set forth in the Scheduling Order (Doc. 11) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **June 10, 2022**          /s/ *Sheila K. Oberto*
                             UNITED STATES MAGISTRATE JUDGE